THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME DIAZ, Also Known as RAUL DIAZ, Appellant

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DIAZ, Appellant

The defendant's claim that the trial court unfairly marshalled the evidence is unpreserved for appellate review (CPL 470.05 [2]; *People v West,* 56 NY2d 662). In any event, upon reviewing the record, we find that the trial court's marshalling of the evidence did not deprive the defendant of a fair trial *(see, People v Saunders,* 64 NY2d 665; *People v Culhane,* 45 NY2d 757, *cert denied* 439 US 1047; *see also, People v Gray,* 144 AD2d 483; *People v McDonald,* 144 AD2d 701).

We also find that the court properly denied the defendant's request for a missing witness charge *(People v Kitching,* 78 NY2d 532; *People v Gonzalez,* 68 NY2d 424; *People v Aufiero,* 139 AD2d 656). Kunzeman, J. P., Balletta, Miller and Ritter, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CESAR ESTRADA, Appellant

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN FEASTER, Also Known as BRIAN DARBY, Appellant.—

Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD FIGUEROA, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTELL FLORES, Also Known as LORIS DIAZ, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v Califor-*